

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Joshua Jacobs, Appellant

No. 06-16-00008-CR      v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 14F1096-102). Opinion on Remand delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we affirm the trial court's judgment of conviction, but we reverse the trial court's judgment as to punishment and remand this cause to the trial court for a new punishment hearing.

We note that the appellant, Joshua Jacobs, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 30, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk